E-Filed: 11/19/08

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| Darla A. Jennings | ) | CV 08-6587-PSG(AJWx) |
| | ) | |
| PLAINTIFF, | ) | **DISMISSAL BY COURT** |
| -VS- | ) | **FOR LACK OF SUBJECT** |
| | ) | **MATTER JURISDICTION** |
| Kirk Paper Corp., et al. | ) | |
| DEFENDANT. | ) | |

On October 22, 2008, the Court issued an Order to Show Cause for Lack of Subject Matter Jurisdiction. A written response to this Order to Show Cause was ordered to be filed not later than November 12, 2008.

To this date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed.

Dated: _11/19/08_____                    _____

United States District Judge